NO-JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JONATHAN R. AUBE, et al., | ) ) ) | Case No. CV 12-08841 JGB(SSx) |
| Plaintiff, | ) ) | **JUDGMENT** |
| v. | ) ) | |
| LINEAR FINANCIAL, L.P., et al., | ) ) ) | |
| Defendants. | ) ) | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Wells Fargo Bank, N.A. and U.S. Bank, N.A. are DISMISSED WITHOUT PREJUDICE from Plaintiffs' Complaint. The Court orders that such judgment be entered.

Dated: __January 10, 2013__           /S/
                               _____
                                JESUS G. BERNAL
                               United States District Judge