NO-JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN R. AUBE, et al., <br><br> Plaintiff, <br><br> v. <br><br> LINEAR FINANCIAL, L.P., et al., <br><br> Defendants. | Case No. CV 12-08841 JGB(SSx) <br><br> **JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Wells Fargo Bank, N.A. and U.S. Bank, N.A. are DISMISSED WITHOUT PREJUDICE from Plaintiffs' Complaint.  The Court orders that such judgment be entered.

Dated: January 10, 2013

/S/
_____
JESUS G. BERNAL
United States District Judge