UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CV 12-8841 JGB (SSx)** | Date | February 13, 2015 |
|---|---|---|---|
| Title | *Jonathan Aube, et al. v. Linear Financial LP, et al.* | | |

Present: The Honorable  JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s): Attorney(s) Present for Defendant(s):

None Present   None Present

**Proceedings:** **ORDER To Show Cause re: Lack of Prosecution (IN CHAMBERS)**

Plaintiffs filed their Complaint on October 15, 2012. (Doc. No. 1.) Plaintiffs then filed a First Amended Complaint ("FAC") on November 2, 2012. (Doc. No. 12.) Defendants US Bank NA and Wells Fargo Bank NA moved to dismiss the FAC on November 21, 2012. (Doc. No. 17.) On January 10, 2013, the Court granted the motion to dismiss because Plaintiff failed to oppose, and dismissed US Bank and Wells Fargo from the Complaint. (Doc. No. 23.)

Since filing this action, Plaintiffs have not prosecuted their claims against Defendant Linear Financial LP. The Court, on its own motion, ORDERS Plaintiff to show cause in writing on or before **February 27, 2015**, why this matter should not be dismissed without prejudice for failure to prosecute as to Defendant Linear Financial LP. Link v. Wabash R. Co., 370 U.S. 626 (1962) (court has inherent power to dismiss for lack of prosecution on its own motion). Failure to respond to this Order will be deemed consent to the dismissal of the remaining Defendant in this action pursuant to Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED.**